(1) OF (17)                                              8/12/08

IN THE UNITED STATES DISTRICT
Court For the Southern Division
OF Illinois
Southern Division

MELVIN Purifoy
Micheal Baker
Timothy Russell                    08-581-DRH
LARRY M, Banks                     Civil no:

            Vs

Patricia Kelley in her
individual capacity, and
official Capacity, as
Director of CHESTER
MENTAL HEAlth center
CHESTER MENTAL Health center, et, Al



        42 U.S.C.$1983 SEEK injunction
Relief.....

Plaintiff MELVIN Purifoy and Micheal Baker
Also Timothy Russell, hereby assert the
Following claims against the Defendants in
the above action:

                NATURE OF THE CASE

1. Plaintiff were involuntarily Admitted to the

(1) OF (2)

CHESTER MENTAL HEALTH center AFter
Being Found unFit to stand Trial by
diffcrnt Countics.......

2. While RESiding at CHESTER MENTAL HEalth
CENTER, PlaintiFF's attempted to exercise
their FIRST Amendment Right to ReDress
the Court, by way oF WRIT oF HABEAS CORPUS
pursuant to 735 ILCS 5/10-101 However,
DeFendants, who are employees oF the
CHESTER MENTAL Health center inFringed
the PlainTIFF RIGHT, AND MisinFormed the
DeTainecrs.........

3. PlainTIFF Banks CAUSE To Be Filed IFP
Forms, So that the Judge in Randolph
county Would place a order to order the
facility to Follow the court instructions,
But case manager cHris Lenwrod lied to
MicHeaL BAKer, AND TimoTHY Russell, It
WASn't Entill DETainee Banks inFormed
the courts oF Actions oF The ADminiSTration

4. DeFendant' conduct SubStantially burdened
the PlaintiFFs' exercise oF their FirSt
Amendment Right to ReDress themselves to
the courts.........

(1) OF (3)

# PARTIES

5. PLAINTIFF MELViN purifoy ("purifoy") Currently resides at the CHESTER mental Health Center, CHESTER at 1315 Lehmen Drive Illinois, 62233........ -

6. PLAiNTiFF MiCHEAL Baker ("Baker") Currently resides at the CHESTER mental Health CENTER, CHESTER at 1315 Lehmen Drive. Illinois, 62233....... ..

7. PlainTIFF TiMothy Russell ("Russell") Currently Resides at the CHESTER Mental Health center, CHESTER at 1815 Lehmen Drive Illinois, 62033........ ...

8 Plaintiff LARRY McBanks ("Banks") currently Resides at the CHESTER MENTAL CENTER, CHESTER at 1315 Lehmen Drive CHESTER Illinois, 62233........ .

9 Defendant christopHer benured ("benured") Resides at the CHESTER MENTAL center chester at 1315 Lehmen Drive, cHester Illinois, 62233, at All times cHristopher benured was under color of state law, 42 u.s.c. §1983....... ..

DEFENDANT PATRICIA Kelley ("Kelley")
Resides at the Chester Mental Center,
Chester at 1315 Lehman Drive, Chester
Illinois, 62233, At All times Patricia
Kelley WAS UNDER Color of State Law,
42 U.S.C. §1983

## JURISDICTION AND VENUE

10. Subject MATTER Jurisdiction is
proper pursuant to 28 U.S.C. §§ 1331
because Four Plaintiffs' claims deal
with Federal Question. The State claim
in this action is proper pursuant to
Supplemental Jurisdiction under 28 U.S.C.
§§ 1367........

11. Venue is proper pursuant 28 U.S.C. §§ 1391
(a) because a Substantial part of Events
give to the claims alleged herein accured
with Southern District of Illinois,
Southern Division........

12. Upon information AND Belief, the court
has personal Jurisdiction over the
Defendants because they are Residents
of the State or committed tortuous act
within the state........

# EXHAUSTION OF ADMINISTRATIVE REMEDIES

13. Plaintiffs have exhausted their Administrative Remedies on the Matters alledge in their complaint.......

14. NO RELIEF has been granted to Plaintiffs through the required Chester Mental Health care grievance procedure regarding only of the matters alleged in this complaint.............

# FACTS

15. Plaintiffs² was involuntarily admitted to the CHESTER MENTAL Health center. The Chester Mental Health center is a Mental Health care facility for a commitment Treatment plan 705 ILCS 5/104-17, By court orders. The plaintiffs' cause to Be Filed, Writ of HABEAS CORPUS pursuant to 735 ILCS 5/10-101, the Three plaintiffs² outside of ("Banks") were sent I.F.P. Forms to fillout, But the Administrative Refused to get the patients trust fund accounts, such continuing has cause the plaintiffs'

hardship. THE plaintiff ("Banks") wrote Judge Brown, AND informed him of the "STATE ACTERS" Actions.......

16. THE PlaintiFFs' have been unable to get copies of the writ of HABeaC corpus 735 ILCS 5110-101, because the facility lacke a constitutional acceptable law Library, and back a constitutional acceptable Alternotive Means for a Detainee To ReDress themselves........

17. AS of Today the Facility is infringing the Patients, Right To Challenge the conditions of confinment........ - - - -

## COUNT 1
## Violation OF 42 U.S.C. §§ 1983: FirsT Amendment, "Denial OF PlaintiFFs' Right To Get I.F.P. Form eighed.

18. THE PlaintiFFs' states the ADministration Lacks any Remedy For a Detainee or Detainee's to ReDress themselues, such denials of a Law Library or a pair legai leaves Melvin Purifoy with no Alternative means for ReDrecs, because the PlaintiFF can-not read, So he's left with no Remedy.

19. THE PLAINTIFFS' continue to suffer, Because of the lack of the conditions of confidment..... PLAINTIFFS' is Being deny the Right to RightFully Redress them-selves........

20. THE PLAINTIFFS' Baker, Russell, Purifoy have no money on Books, and they cannot use the court to Remedy the unconstitutional or their illegal Detainment..............

### Violation of the 14th Amendment Right: Equal protection of the Law.....

21. The PLAINTIFFS' Equal protection Right have been denyed. The 14th Amendment Affords A Pre-Trial Detainee, the Right to ADDRESS, the "State Forum" with writs, PETITIONS, Motions, in the cause of Plaintiffs', they have been Denyed, the Right to ADDress the Writ, because "CHESTER MENTAL HEALTH center" wont Allow them to get caselaw, or help from A pairlegal, Such denials leaves, the Detainee's unable to Redress themselves.......-

THE plaintiff Are Being Wrongful Ditroince on charges, which are MisDemenkir. The Time has ran out, AND the "CHester Mental Health center continues to hole the Plaintiffs' illegal......

THE Plaintiffs' Purifoy, BAker, Russell, can-not REDress themselves, For Lack of A constitutional acceptable Law Library or a constitutional Acceptable Alternative Means... . . . . . .

### INJUNCTION ReliEF pursant
To 28 U.S.C. ss 2283 Anti injunction Relief Act.........

THE plaintiffs' seek For CHester Mental Health center to conform, their facility to the mandates of Lewis vs casey, 116 S.ct. 2174, which is to provide the Detainces' With a constitutional Acceptable Law Library or a constitutional Acceptable Alternative means, such as a pairlegal to Assist, them in getting a petition to the court.........,

The Plaintiffs' Purifoy, Baker, Russell are Unable to understand the Law Because

THEY have NO LEGAL TRAINING. THE PLAINTIFF ("Banks") has TRYED to assist, and by doing so the STAFF penolizes ME For assistanting purifoy, BAKER, Russell.

THE plaintiff STATES ("BANKS") states the CHESTER Mental Health center policy are unconstitutional, and invites Abitrory enforcements on the Detainers, cult Violation of the First Amendment to petition, the court are fundomenrral in the language of the UNITED STATES constitution......

THE Plaintiff STATES the plaintiffs will Suffer harm IF the CHESTER MENTAL Health center policy is not corrected....

### Relief Sought

Plaintiff SEEKS For the FEDERAL court to Grant INJUNCTION RelieF to the Plaintiff ON THE issues of the FEDERal Question

RESPECTFully suBmitted

Michael Banks