# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MELVIN PURIFOY, MICHEAL BAKER,** )<br>**and TIMOTHY RUSSELL,** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**PATRICIA KELLEY,** )<br>)<br>**Defendant.** ) | **CIVIL NO. 08-cv-581-DRH** |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Plaintiffs are all involuntarily committed to Chester Mental Health Center ("CMHC"), having been found unfit to stand trial. They filed this action jointly to challenge the adequacy of the law library at CMHC, but they have not paid the $350 filing fee for this action, and only Purifoy filed an individual motion to proceed *in forma pauperis*. The Court advised Plaintiffs of the pitfalls of multi-inmate litigation, giving each the opportunity to withdraw from this action. None of them responded to that order, but the mail sent to Russell and Purifoy was returned as undeliverable, and neither has submitted a change of address. To complicate matters further, the amended complaint (Doc. 9) is signed only by Larry M. Banks; he was a plaintiff in the original complaint, but he is not listed in the caption of the amended complaint.[1]

**IT IS HEREBY ORDERED** that, within THIRTY (30) DAYS from the date of entry of this order, **EACH PLAINTIFF** (including Banks) shall advise the Court of his intention to pursue this

---

[1] Perhaps this was an oversight, as the text of this pleading contains allegations involving Banks. It appears that Banks, Baker and Russell signed the original complaint.

case. If the Court does not receive a response from a plaintiff, that Plaintiff shall be dismissed from this action.

**IT IS FURTHER ORDERED** that, within THIRTY (30) DAYS from the date of entry of this order, if they wish to pursue this action, **BANKS, RUSSELL** and **BAKER** shall submit an *in forma pauperis* motion, accompanied by a copy of his prison trust fund account statement.

**IT IS FURTHER ORDERED** that if no Plaintiff responds to this order, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

Each Plaintiff is **ADVISED** of his continuing obligation to keep the Clerk informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notification may result in dismissal of that Plaintiff from this action.

The Clerk is **DIRECTED** to send a copy of this order to **ALL FOUR PLAINTIFFS**.

**IT IS SO ORDERED.**

**DATED: May 28, 2009.**

/s/ DavidRHerndon
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**