# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MELVIN PURIFOY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-581-DRH |
| | ) |
| **PATRICIA KELLEY,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Plaintiffs, at one time involuntarily committed to Chester Mental Health Center ("CMHC"), filed this action jointly to challenge the adequacy of the law library at CMHC. They did not pay the $350 filing fee for this action, and only Purifoy filed an individual motion to proceed *in forma pauperis*. The Court advised Plaintiffs of the pitfalls of multi-inmate litigation, giving each the opportunity to withdraw from this action. None of them responded to that order, but the mail sent to Russell and Purifoy was returned as undeliverable, and neither submitted a change of address.

On May 28, 2009, the Court entered an order directing each of the four Plaintiffs to indicate his intent to pursue this action, and to either pay the filing fee or file a motion for leave to proceed *in forma pauperis* (*see* Doc. 13). Again, the Court gave them thirty days to respond. The mail sent to Purifoy, Banks and Russell was returned as undeliverable (*see* Docs. 14-16), and Baker has not responded to the Court's order in any fashion.

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128

F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED:   June 30, 2009.**

/s/     DavidRHerndon
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**